UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| W&D IMPORTS, INC. d/b/a WILLIS HONDA and DAVID DAVIS,<br><br>      Plaintiffs,<br><br>v.<br><br>DON LIA, MOBILE MANAGEMENT, LLC, N.R. AUTOMOTIVE, INC., MICHAEL SAPORITO, JESSE ARMSTEAD, ALL STAR MOTORS OF L.I., INC., ALL STAR MOTORS, LLC d/b/a HAMILTON HONDA, AMERICAN HONDA MOTOR CO., INC., and DOES 1 THROUGH 7,<br><br>      Defendants. | Civil Case No.: 11-cv-4144 (NGG)(SMG)<br><br>**ACKNOWLEDGMENT OF SERVICE** |

Service of the Complaint upon Defendants Michael Saporito, Jesse Armstead, All Star Motors of L.I., Inc., and All Star Motors, LLC d/b/a Hamilton Honda is hereby acknowledged this 19th day of September, 2011.

          By:   /s/ Michael Rowan
                Michael Rowan, Esq. (CR 3241)
                SAUL EWING LLP
                A Delaware LLP
                750 College Road East, Suite 100
                Princeton, NJ 08540
                Tel: (609) 452-5029
                Fax: (609) 452-6105
                mrowan@saul.com
                *Attorneys for Defendants Michael Saporito, Jesse Armstead, All Star Motors of L.I., Inc., and All Star Motors, LLC d/b/a Hamilton Honda*

Dated: September 19, 2011