# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV-11-4144

Date Filed: 8/25/2011

Plaintiff:
**W&D Imports, Inc, d/b/a Willis Honda ET AL**

vs.

Defendant:
**Don Lia ET AL**

Received these papers to be served on **American Honda Motor Co., Inc., C/O The Corporation Trust Company, 820 Bear Tavern Road, West Trenton, NJ 08628**.

I, Leslie Pascual, being duly sworn, depose and say that on the **7th day of September, 2011** at **9:35 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Margaret Phillips** as **Sr. Fulfillment Specialist** for **American Honda Motor Co., Inc.**, at the address of: **820 Bear Tavern Road, West Trenton, NJ 08628**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 170, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the state in which the process was served.

Subscribed and Sworn to before me on the 7th day of September, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

**Leslie Pascual**
Process Server

Our Job Serial Number: PMP-2011001434
Ref: 2011003249

ANALISE L. ESPARZA
Commission # 2297784
Notary Public, State of New Jersey
My Commission Expires
July 28, 2014

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

W&D IMPORTS, INC. D/B/A WILLIS HONDA, ET AL. )
)
*Plaintiff* )
)
v. ) Civil Action No. CV 11 4144
)
DON LIA, ET AL. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Honda Motor Co., Inc.
1919 Torrance Blvd
Torrance, CA 90501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ERIC L. CHASE, ESQ.
BRESSLER AMERY & ROSS, P.C.
17 STATE STREET
NEW YORK, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*