AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| W&D IMPORTS, INC., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    11-cv-4144 |
| DON LIA, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, W&D Imports, Inc. d/b/a Willis Honda and David Davis

Date:        10/05/2011

*Attorney's signature*

Ronald J. Campione, RC 7323
*Printed name and bar number*

Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, NJ  07932

*Address*

rcampione@bressler.com
*E-mail address*

(973) 514-1200
*Telephone number*

(973) 514-1660
*FAX number*