# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980   Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike · Suite 301   Florham Park, NJ 07932

973.514.1200 · fax 973.514.1660

www.bressler.com

Eric L. Chase
Member

direct: 973-966-9686
echase@bressler.com

October 11, 2011

*Via E-mail and Regular Mail*

TO ALL COUNSEL OF RECORD (*See* attached)

Re:   *Lia v. Saporito*, Civil Case No. CV-11-3621 (E.D.N.Y. 2011)
      *W&D Imports, Inc. v. Lia*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011)

Counsel:

This office represents W&D Imports, Inc. d/b/a Willis Honda ("Willis Honda") and David Davis ("Davis"). We received American Honda's Conditional Assent to the motion to consolidate filed on behalf of Willis Honda and Davis. Rather than address the responses one at a time, Willis Honda and Davis will reply to whatever we receive from Defendants at the same time under the "bundle rule." The reply is due on November 4, 2011.

Very truly yours,

ERIC L. CHASE

Enclosures
cc: *(all via ECF)*:
    Honorable Sandra J. Feuerstein, U.S.D.J.
    Honorable E. Thomas Boyle, U.S.M.J.
    Honorable Nicholas G. Garaufis, U.S.D.J.
    Honorable Stephen M. Gold, U.S.M.J.

**BRESSLER, AMERY & ROSS**

A PROFESSIONAL CORPORATION

## COUNSEL LIST*

*Lia v. Saporito*, Civil Case No. CV-11-3621 (E.D.N.Y. 2011):

    Steven Cohn, Esq. (*Attorney for Don Lia, N.R. Automotive, and Mobile Management, Inc.*)
    Andrew Paul Cooper, Esq. (*Attorney for Jesse Armstead*)
    Patrick Patel, Esq. (*Attorney for Jesse Armstead*)
    Matthew Brian Weinick, Esq. (*Attorney for Michael Saporito*)

*W&D Imports, Inc. v. Lia*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011):

    Steven Cohn, Esq. (*Attorney for Don Lia, N.R. Automotive, and Mobile Management, Inc.*)
    Robert D. Cultice, Esq. (*Attorney for American Honda Motor Co., Inc.*)
    Emily Meyers, Esq. (*Attorney for American Honda Motor Co., Inc.*)
    Michael Rowan, Esq. (*Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda*)
    Michael Gugig, Esq. (*Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda*)
    Abigail Lauer, Esq. (*Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda*)

*All Counsel served via email and regular mail.