

<div style="text-align: right;">
Michael Rowan<br>
Phone: (609) 452-5029<br>
Fax: (609) 452-6105<br>
mrowan@saul.com<br>
www.saul.com
</div>

October 11, 2011

**VIA ECF**

Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *W&D Imports, Inc. v. Lia, et al.*
               Civil Action No.:     11-4144

Dear Sir or Madam:

    I am one of the Saul Ewing LLP attorneys representing defendants Michael Saporito, Jesse Armstead, All Star Motors, LLC, and All Star Motors of L.I., Inc. in the above referenced matter. Certain ECF notices contain the address of my former firm, Porzio, Bromberg & Newman, P.C. Please remove that address and any other contact information for the Porzio firm from my profile. My current contact information is set forth below.

    Michael Rowan, Esq.
    Saul Ewing LLP
    750 College Road East, Suite 100
    Princeton, NJ  08540
    Phone: (609) 452-5029
    Fax: (609) 452-6105
    mrowan@saul.com

Thank you for your attention to this matter.

<div style="margin-left: 50%;">
Very truly yours,<br><br>
/s/ Michael Rowan<br>
Michael Rowan
</div>

cc:    All counsel of record (via ECF)

750 College Road East, Suite 100 ♦ Princeton, NJ 08540-6617 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122
Marc A. Citron - Princeton Managing Partner

1026380.1     DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP