# BRESSLER, AMERY & ROSS

•

A PROFESSIONAL CORPORATION

P.O. Box 1980  •  Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike  •  Suite 301  •  Florham Park, NJ 07932

973.514.1200  •  fax 973.514.1660

www.bressler.com

Eric L. Chase
Member

direct: 973-966-9686
echase@bressler.com

September 21, 2011

*Via Federal Express*

TO ALL COUNSEL OF RECORD (*See* attached)

> Re:  *Lia v. Saporito,* Civil Case No. CV-11-3621 (E.D.N.Y. 2011)
> *W&D Imports, Inc. v. Lia*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011)
> <u>Notice of Motion to Intervene and for Consolidation</u>

Counsel:

This office represents W&D Imports, Inc. d/b/a Willis Honda ("Willis Honda") and David Davis ("Davis"). Enclosed is Willis Honda's and Davis' Motion to Intervene pursuant to Federal Rule of Civil Procedure 24 and for consolidation with *W&D Imports, Inc. v. Lia, et al.*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011) pursuant to Federal Rule of Civil Procedure 42. The motion is supported by the enclosed brief and affidavit of counsel. A proposed form of order is also enclosed.

Pursuant to the Individual Rules of the Honorable Sandra J. Feuerstein, U.S.D.J., opposition, if any, is due on October 7, 2011. Willis Honda's and Davis' reply, if any, are due by October 21, 2011. Pursuant to the Court's "Bundle Rule," we will then file all the papers on ECF.

Very truly yours,

ERIC L. CHASE

Enclosures
cc: *(all via Federal Express <u>without</u> enclosures)*:
    Honorable Sandra J. Feuerstein, U.S.D.J.
    Honorable E. Thomas Boyle, U.S.M.J.
    Honorable Nicholas G. Garaufis, U.S.D.J.
    Honorable Stephen M. Gold, U.S.M.J.

## BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

### <u>COUNSEL LIST</u>\*

*Lia v. Saporito*, Civil Case No. CV-11-3621 (E.D.N.Y. 2011):

    Steven Cohn, Esq. *(Attorney for Don Lia, N.R. Automotive, and Mobile Management, Inc.)*
    Andrew Paul Cooper, Esq. *(Attorney for Jesse Armstead)*
    Patrick Patel, Esq. *(Attorney for Jesse Armstead)*
    Matthew Brian Weinick, Esq. *(Attorney for Michael Saporito)*

*W&D Imports, Inc. v. Lia*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011):

    Steven Cohn, Esq. *(Attorney for Don Lia, N.R. Automotive, and Mobile Management, Inc.)*
    Robert D. Cultice, Esq. *(Attorney for American Honda Motor Co., Inc.)*
    Emily Meyers, Esq. *(Attorney for American Honda Motor Co., Inc.)*
    Michael Rowan, Esq. *(Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda)*
    Michael Gugig, Esq. *(Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda)*
    Abigail Lauer, Esq. *(Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda)*

\*All Counsel served via Federal Express <u>with</u> enclosures.