IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON LIA, MOBILE MANAGEMENT, LLC, and N.R. AUTOMOTIVE, INC., <br><br> Plaintiffs <br> -*against*- <br><br> MICHAEL SAPORITO and JESSE ARMSTEAD, <br><br> Defendants. | Case No. CV-11-3621 (SJF/ETB) <br><br> NOTICE OF MOTION TO INTERVENE AND FOR CONSOLIDATION |

**PLEASE TAKE NOTICE** that on a date to be set by the Court, the undersigned, attorneys for Movants, W&D Imports, Inc. d/b/a Willis Honda and David Davis, hereby move this Court to intervene pursuant to Federal Rule of Civil Procedure 24 and to consolidate with *W&D Imports, Inc. d/b/a Willis Honda v. Lia, et al.*, Case No. CV-11-4144 (E.D.N.Y. Aug. 25, 2011) pursuant to Federal Rule of Civil Procedure 42.

**PLEASE TAKE FURTHER NOTICE** that Movants will rely upon the brief and affidavit of counsel submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed with this filing.

DATED: September 21, 2011
1360565_1

ERIC L. CHASE
BRESSLER, AMERY & ROSS
A Professional Corporation
17 State Street
New York, NY 10004
Telephone: (212) 425-9300
*echase@bressler.com*
Attorneys for Movants, W&D Imports, Inc.
  d/b/a Willis Honda and David Davis