IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON LIA, MOBILE MANAGEMENT, LLC, and N.R. AUTOMOTIVE, INC., <br><br>      Plaintiffs, <br><br>-*against*- <br><br>MICHAEL SAPORITO and JESSE ARMSTEAD, <br><br>      Defendants. | Case No. CV-11-3621 (SJF/ETB) <br><br><br>**ORDER** |

  **THIS MATTER** having been opened to the Court by Bressler, Amery & Ross, P.C., counsel for W&D Imports, Inc. d/b/a Willis Honda ("Willis Honda") and David Davis ("Davis") to intervene pursuant to Federal Rule of Civil Procedure 24 and to consolidate with *W&D Imports, Inc. d/b/a Willis Honda v. Lia*, Case No. CV-11-4144 (E.D.N.Y. Aug. 25, 2011) pursuant to Federal Rule of Civil Procedure 42 and the Court having considered the written submissions and oral argument, and good cause having been shown,

  **IT IS ON THIS** \_\_\_\_ day of _____, 2011,

  **ORDERED** that Willis Honda and David Davis be and are hereby permitted, pursuant to Federal Rule of Civil Procedure 24, to intervene as Defendants/Counter-Claimants/Cross-Claimant/Third-party Plaintiffs in this matter; and it is

  **FURTHER ORDERED** that Willis Honda and David Davis shall have ten (10) days from the service of this Order to file their proposed pleading attached as Exhibit "A" to the Affidavit of Ronald J. Campione, Esq.; and it is

**FURTHER ORDERED** that the matter entitled *W&D Imports, Inc. d/b/a Willis Honda v. Lia*, Case No. CV-11-4144 (E.D.N.Y. Aug. 25, 2011) be and is hereby consolidated for all purposes with this case pursuant to Federal Rule of Civil Procedure 42 and Local Civil Rule 13(a).

_____
HON. SANDRA J. FEUERSTEIN