IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON LIA, MOBILE MANAGEMENT, LLC, and N.R. AUTOMOTIVE, INC.,<br><br>　　　　　　Plaintiffs<br><br>– *against* –<br><br>MICHAEL SAPORITO and JESSE ARMSTEAD,<br><br>　　　　　　Defendants. | Case No. CV-11-3621 (SJF/ETB)<br><br>**AFFIDAVIT OF<br>RONALD J. CAMPIONE, ESQ.** |

STATE OF NEW JERSEY　)
　　　　　　　　　　　) ss:
COUNTY OF MORRIS　　)

I, RONALD J. CAMPIONE, of full age and sound mind, do hereby depose and say:

1. I am an attorney-at-law of the State of New York, associated with the law firm of Bressler, Amery & Ross, P.C., counsel for W&D Imports, Inc. d/b/a Willis Honda, and David Davis, proposed Intervenors/Defendants/Counter-Claimants/Cross-Claimants/ and Third-Party Plaintiffs, in this matter.

2. Attached hereto as EXHIBIT "A" is a Proposed Answer, Counterclaim, Crossclaim, and Third-Party Complaint submitted on behalf of Willis Honda and David Davis in support of their motion to intervene in this matter.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ronald J. Campione

Sworn to and subscribed before me
this 21st day of September 2011.

_____
Notary Public, State of New Jersey
136472 A Notary Public of New Jersey
My Commission Expires May 28, 2013

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON LIA, MOBILE MANAGEMENT, LLC, and N.R. AUTOMOTIVE, INC., <br><br>       Plaintiffs, <br> – *against* – <br><br> MICHAEL SAPORITO and JESSE ARMSTEAD, <br><br>       Defendants, <br> – *and* – <br><br> W&D IMPORTS, INC. d/b/a WILLIS HONDA and DAVID DAVIS, <br><br>       Intervenors/Defendants, Counterclaimants and Crossclaimants. <br><br>―――――――――――――――――― <br><br> W&D IMPORTS, INC. d/b/a WILLIS HONDA and DAVID DAVIS, <br><br>       Third-Party Plaintiffs, <br> – *against* – <br><br> ALLSTAR MOTORS OF L.I., INC., ALL STAR MOTORS LLC d/b/a HAMILTON HONDA, AMERICAN HONDA MOTOR CO., INC., and DOES 1 through 7, <br><br>       Third-Party Defendants. | Case No. CV-11-3621 (SJF/ETB) <br><br> ***PROPOSED*** <br><br> **DEFENDANTS/INTERVENORS W&D IMPORTS, INC. d/b/a WILLIS HONDA'S AND DAVID DAVIS' ANSWER, COUNTERCLAIM, CROSSCLAIM, AND THIRD-PARTY COMPLAINT** |

## ANSWER

Intervenors, Defendants, Counterclaimants, Crossclaimants, and Third-Party Plaintiffs W&D Imports, Inc. d/b/a Willis Honda ("Willis Honda") and David Davis ("Davis") hereby answer Plaintiffs' Complaint as follows:

1.      The allegations set forth in the Complaint in Paragraphs 1 through 93 do not name or refer to Willis Honda or David Davis and no substantive answer is deemed required or appropriate.

## COUNTERCLAIM

For their Counterclaim against Don Lia, Mobile Management, LLC, and N.R. Automotive, Inc., Willis Honda and Davis say:

1.      Pursuant to Federal Rule Civil Procedure 13, Willis Honda and Davis hereby incorporate as if set forth in full their Complaint filed in *W&D Imports, Inc. d/b/a Willis Honda v. Lia, et al.*, Civil Action No. CV-11-4144 (E.D.N.Y. Aug. 25, 2011), ECF Doc. No. 1, as their Counterclaim against Plaintiffs in this matter. The Complaint, without exhibits, is attached hereto as EXHIBIT "A".

## CROSSCLAIM

For their Crossclaim against Michael Saporito and Jesse Armstead, Willis Honda and Davis say:

1.      Pursuant to Federal Rule Civil Procedure 13(g), Willis Honda and Davis hereby incorporate as if set forth in full their Complaint filed in *W&D Imports, Inc. d/b/a Willis Honda v. Lia, et al.*, Civil Action No. CV-11-4144 (E.D.N.Y. Aug. 25, 2011), ECF Doc. No. 1, as their Crossclaim against Defendants Michael Saporito and Jesse Armstead, in this matter.

## THIRD-PARTY COMPLAINT

For their Third-Party Complaint against Third-Party Defendants Allstar Motors of L.I., Inc., All Star Motors, LLC, American Honda Motor Co., Inc., and Does 1 through 7, Willis Honda and Davis say:

1. Pursuant to Federal Rule of Civil Procedure 14, Willis Honda and Davis hereby incorporate as if set forth in full their Complaint filed in *W&D Imports, Inc. d/b/a Willis Honda v. Lia, et al.*, Civil Action No. CV-11-4144 (E.D.N.Y. Aug. 25, 2011), ECF Doc. No. 1, as its Third-Party Complaint against Allstar Motors of L.I., Inc. ("Allstar I"), All Star Motors, LLC ("All Star"), American Honda Motor Co., Inc. ("Am. Honda"), and Does 1 through 7 (which are fictitious names, persons whose actions were unlawful and injurious to Plaintiffs for reasons alleged hereinafter, and whose identities cannot be ascertained until there is discovery from Defendants).

WHEREFORE, Willis Honda and Davis seek judgment and relief on their Counterclaim, Crossclaim and Third-Party Complaint against, respectively, Don Lia, Mobile Management, LLC, N.R. Automotive, Inc., Michael Saporito, Jesse Armstead, Allstar Motors of L.I., Inc., All Star Motors LLC d/b/a Hamilton Honda, American Honda Motor Co., Inc., and Does 1 through 7, for all the relief sought in their Complaint filed in *W&D Imports, Inc. d/b/a Willis Honda v. Lia, et al.*, Civil Action No. CV-11-4144 (E.D.N.Y. Aug. 25, 2011), ECF Doc. No. 1, herein incorporated in full by reference (Exhibit "A"), against these parties.

DATED: September ____, 2011

1363237_1

ERIC L. CHASE
BRESSLER, AMERY & ROSS
A Professional Corporation
17 State Street
New York, NY 10004
Telephone: (212) 425-9300
echase@bressler.com
Attorneys for Movants W&D Imports, Inc.
  d/b/a Willis Honda and David Davis