# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980     Morristown, NJ 07962
Hand Delivery:
325 Columbia Turnpike · Suite 301 · Florham Park, NJ 07932
973.514.1200     fax 973.514.1660
www.bressler.com

Eric L. Chase
Member

direct: 973-966-9686
echase@bressler.com

November 4, 2011

*Via Electronic Court Filing System (ECF)*

Clerk, U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

    Re:    *Lia v. Saporito*, Civil Case No. CV-11-3621 (E.D.N.Y. 2011)
           *W&D Imports, Inc. v. Lia*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011)
           <u>Notice of Motion to Intervene and for Consolidation ~ Bundle Rule Filing</u>

Dear Sir or Madam:

    This office represents W&D Imports, Inc. d/b/a Willis Honda and David Davis. Pursuant to the Individual Rules of the Honorable Sandra J. Feuerstein, U.S.D.J., Rule 4E, we are filing via ECF the following motion papers in both matters referenced above:

1. Willis Honda's and Davis' Motion to Intervene pursuant to Federal Rule of Civil Procedure 24 and for consolidation with *W&D Imports, Inc. v. Lia, et al.*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011) pursuant to Federal Rule of Civil Procedure 42; Memorandum of Law; Affidavit of Ronald J. Campione, Esq.; and proposed Order;

2. American Honda Motor Co., Inc.'s Conditional Assent to Motion to Consolidate;

3. Defendant Michael Saporito's Memorandum in Opposition to Willis Plaintiffs' Motion to Intervene and Consolidate; and Declaration in Support of Defendant's Opposition with Exhibits;

4. Defendants Michael Saporito, Jessie Armstead, All Star Motors, LLC and Allstar Motors of L.I., Inc. (collectively "All Star Defendants") Brief in Opposition to Plaintiffs' Motion to Intervene and Consolidate; and Declaration of Service;

## BRESSLER, AMERY & ROSS
A PROFESSIONAL CORPORATION

Clerk, U.S. District Court
November 4, 2011
Page 2

    5.    Plaintiffs Don Lia, Mobile Management, LLC and N.R. Automotive, Inc.'s Memorandum of Law in Opposition to the Motion of Non-Party Intervenors W&D Imports, Inc. d/b/a Willis Honda and David Davis for Intervention and Consolidation; and

    6.    W&D Imports, Inc. d/b/a Willis Honda and David Davis' Memorandum in Reply to Defendants' Oppositions to Motion for Intervention and Consolidation; and Affidavit of Service.

By copy hereof, we are serving a courtesy copy of the motion papers upon the Honorable Sandra J. Feuerstein, U.S.D.J. and Magistrate Judge E. Thomas Boyle, via Federal Express. A true and complete copy of the motion papers is being served upon all counsel via ECF, Email and/or First-Class Mail.

We appreciate the Court's attention to this matter.

Very truly yours,

ERIC L. CHASE

ELC:eak
Enclosures
cc:    Honorable Sandra J. Feuerstein, U.S.D.J. *(Via Federal Express)*
       Honorable E. Thomas Boyle, U.S.M.J. *(Via Federal Express)*
       All Counsel on Attached "Counsel List"

1393121_1

BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

# COUNSEL LIST

*Lia v. Saporito*, Civil Case No. CV-11-3621 (E.D.N.Y. 2011):

    Steven Cohn, Esq. (*Attorney for Don Lia, N.R. Automotive, and Mobile Management, Inc.*)
    Andrew Paul Cooper, Esq. (*Attorney for Jessie Armstead*)
    Patrick Patel, Esq. (*Attorney for Jessie Armstead*)
    Matthew Brian Weinick, Esq. (*Attorney for Michael Saporito*)

*W&D Imports, Inc. v. Lia*, Civil Case No. CV-11-4144 (E.D.N.Y. 2011):

    Steven Cohn, Esq. (*Attorney for Don Lia, N.R. Automotive, and Mobile Management, Inc.*)
    Robert D. Cultice, Esq. (*Attorney for American Honda Motor Co., Inc.*)
    Emily Meyers, Esq. *(Attorney for American Honda Motor Co., Inc.)*
    Francis X. Riley, III, Esq. *(Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda)*
    Michael Rowan, Esq. *(Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda)*
    Michael Gugig, Esq. *(Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda)*
    Abigail Lauer, Esq. *(Attorney for Saporito, Armstead, All Star Motors of L.I., Inc. and Allstar Motors, LLC d/b/a Hamilton Honda)*