# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 · Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike · Suite 301 · Florham Park, NJ 07932

973.514.1200 · fax 973.514.1660

www.bressler.com

Eric L. Chase
Member

echase@bressler.com

November 4, 2011

*Via E-mail and Federal Express*

Robert D. Cultice, Esq.
WilmerHale
60 State Street
Boston, MA 02109

Francis X. Riley, III, Esq.
Saul Ewing, LLP
750 College Road East
Suite 100
Princeton, NJ 08540

Re: *W&D Imports, Inc. v. Lia*
Civil Case No. CV-11-4144 (E.D.N.Y. 2011)
Filing under "the Bundle Rule"

Counsel:

This firm represents Plaintiffs W&D Imports, Inc. d/b/a Willis Honda and David Davis in the above-referenced matter. In accordance with the Individual Rules of the Honorable Sandra J. Feuerstein, U.S.D.J. (Rule 4E), Plaintiffs hereby serve upon you their Opposition Briefs to the Motions to Dismiss the Complaint filed on behalf of the Saporito Defendants and American Honda Motor Co. Inc.; Rule 56(b) Affidavit; Affidavit of Ronald J. Campione, Esq. with exhibits; and an Affidavit of Service.

Defendants' reply, if any, to the Opposition Briefs is due on November 11, 2011, at which time, each respective Defendant should file their motion, opposition and replies via ECF.

Very truly yours,

ERIC L. CHASE

cc: Clerk, USDC, EDNY (cover letter only via ECF)
Emily Meyers, Esq. *(Via Email Only)*
Michael Rowan, Esq. (Via Email Only)
Michael Gugig, Esq. (Via Email Only)
Abigail Lauer, Esq. (Via Email Only)

1393356_1